UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER STEWART,

               Plaintiff,

               -against-

SUPERVISOR OF MIDDLETOWN DSS MS.
MALMANDIER; MS. DAPHNE AFTER
HOURS PHONE OPERATOR,

               Defendants.

25-cv-1448 (LLS)

CIVIL JUDGMENT

      For the reasons stated in the February 9, 2026, order, the Court dismisses Plaintiff's

claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted. See 28

U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider, under its supplemental jurisdiction,

Plaintiff's claims under state law.

SO ORDERED.

  Dated:    April 15, 2026
            New York, New York

                             /s/ Louis L. Stanton
                                 Louis L. Stanton
                         United States District Judge